IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELCOMMERCE.COM, INC.,** | : | CIVIL ACTION |
| Plaintiff-Counter-Defendant, | : | |
| | : | |
| v. | : | |
| | : | NO. 09 - 4458 |
| **SAP AG and SAP AMERICA, INC.,** | : | |
| | : | |
| Defendants-Counter-Plaintiffs. | : | |

## O R D E R

**AND NOW**, this 27th day of August, 2010, upon consideration of Defendants' Motion to Compel Discovery Regarding Pre-Suit Communications (Document No. 37, filed March 17, 2010), Elcommerce.com, Inc.'s Opposition to Defendants' Motion to Discovery Regarding Privileged Pre-Suit Communications (Document No. 38, filed April 9, 2010), and Defendant's Reply Memorandum of Law in Support of Defendants' Motion to Compel Discovery Regarding Pre-Suit Communications (Document No. 39, filed April 23, 2010), for the reasons set forth in the Memorandum dated August 27, 2010, **IT IS ORDERED** that Defendants' Motion to Compel Discovery Regarding Pre-Suit Communications is **GRANTED** as to the charting documents referenced in document EL00037887, and documents 85 and 98 and **DENIED** in all other respects  Plaintiff shall produce to defendants the charting documents and documents 85 and 98 within seven days of the entry of this order.

                                                          **BY THE COURT:**

                                                          **/s/ Jan E. DuBois**
                                                          **JAN E. DUBOIS, J.**